IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 24 2020
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

TIMOTHY RIOUX,

Plaintiff,

v.

CITY OF AUSTELL, GA,

Defendant.

CIVIL ACTION NO.
1:16-CV-2624-SCJ

## VERDICT FORM

Do you find from a preponderance of the evidence:

1. That Plaintiff made a protected disclosure or protected objection under the Georgia Whistleblower Act?

    Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Defendant City of Austell discharged Plaintiff from his employment?

    Answer Yes or No ___Yes___

1

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Plaintiff's protected disclosure or protected objection was causally connected to Defendant's decision to discharge Plaintiff?

   Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Plaintiff suffered damages because of Defendant's acts?

   Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. That Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

   Answer Yes or No ___Yes___

   If your answer is "Yes,"

   in what amount? $ __300,000.00__

6. That Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No __NO__

If your answer is "Yes,"

in what amount? $ __0__

If you did not award damages in response to either Question No. 5 or Question No. 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.

SO SAY WE ALL, signed and dated at the United States Courthouse, Atlanta, Georgia, this 24th day of January, 2020.

__/s/ Ray A Foster__       __Ray A Foster__
**FOREPERSON'S SIGNATURE**      **FOREPERSON'S PRINTED NAME**